| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ Central District Of California _____
(State)

Case number (*if known*): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Santa Barbara Montessori School

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   9 5 – 2 9 6 1 5 4 7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 7421 Mirano Drive | |
   | Number    Street | Number    Street |
   | | |
   | | P.O. Box |
   | Goleta              CA      93117 | |
   | City              State    ZIP Code | City              State    ZIP Code |

   Santa Barbara
   County

   Location of principal assets, if different from principal place of business

   Number    Street

   City              State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Debtor | Santa Barbara Montessori School | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                           MM / DD / YYYY

            District _____ When _____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

            District _____ When _____
                                                MM / DD / YYYY

            Case number, if known _____

| Debtor | Santa Barbara Montessori School | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|
| | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Santa Barbara Montessori School | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02.23.2017
MM / DD / YYYY

X _Signature of authorized representative of debtor_

James Fitzpatrick
Printed name

Title President

---

**18. Signature of attorney**

X _Signature of attorney for debtor_          Date  February 23, 2017
MM / DD / YYYY

Carissa N. Horowitz
Printed name

Beall & Burkhardt, APC
Firm name

1114 State Street, Suite 200
Number          Street

Santa Barbara                                  CA          93101
City                                           State       ZIP Code

(805) 966-6774                                 carissa@beallandburkhardt.com
Contact phone                                  Email address

274814                                         CA
Bar number                                     State

---

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>**Carissa N. Horowitz**<br>**Beall & Burkhardt, APC**<br>**1114 State Street, Suite 200**<br>**Santa Barbara, California 93101**<br>**Phone: (805) 966-6774**<br>**Fax: (805) 963-5988**<br>**Bar No.: 274814**<br><br>[X] *Attorney for:* **Santa Barbara Montessori School** | FOR COURT USE ONLY |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>**Santa Barbara Montessori School**<br><br><div align="right">Debtor.</div> | CASE NO.:<br><br>CHAPTER:  **7**<br><br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

[X]  Petition, statement of affairs, schedules or lists          Date Filed:  **February 23, 2017**
[ ]  Amendments to petition, statement of affairs, schedules or lists    Date Filed:
[ ]  Other:                                                      Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          _____
Signature of Authorized Signatory of Filing Party          Date

_____
Printed Name of Authorized Signatory of Filing Party

_____
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    February 23, 2017 _____
Signature of Attorney for Filing Party    Date

**Carissa N. Horowitz**
_Printed Name of Attorney for Filing Party_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_November 2006_

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Santa Barbara**, California

Date: 2/23/17

_____
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                              **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name          **Santa Barbara Montessori School**

United States Bankruptcy Court for the:    **Central District of California**

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................ $ **6,836.85**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................... $ **6,836.85**

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D*............................. $ **33,297.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................... $ **275,091.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................................. + $ **203,596.99**

4. **Total liabilities**.................................................................................................. $ **511,984.99**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name __Santa Barbara Montessori School__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Hertiage Oaks Bank | Checking | 0  0  8  9 | $ 4,554.41 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  11   $ _____
   4.2. _____        $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 4,554.41

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____
   7.2. _____   $ _____

Debtor    Santa Barbara Montessori School    Case number (if known)_____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 face amount | – | $0.00 doubtful or uncollectible accounts | = ......→ | $ 0.00 |
| 11b. Over 90 days old: | $24,879.00 face amount | – | $24,879.00 doubtful or uncollectible accounts | = ......→ | $ 0.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
|---|---|---|
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor _____Santa Barbara Montessori School_____    Case number *(if known)*_____
       Name

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** School Materials (paper, pens, etc.) See Attachment 1: Additional Inventory (Other Inventory or Supplies) | 02/01/2017 MM / DD / YYYY | $_____ | | $ Fair Market Value |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | $ 0.00 |

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $_____ |

Debtor _____    Case number (if known) _____
Santa Barbara Montessori School
        Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Classroom furniture (tables, shelves, chairs, etc.) | $ _____ | _____ | $ Fair Market Value |
| 40. **Office fixtures** <br> _____ | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers, laptop, phones <br> See Attachment 2: Additional Office Equipment | $ _____ | _____ | $ Fair Market Value |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor ___Santa Barbara Montessori School_____   Case number _(if known)_____
   Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 1999 Ford F350 Van | $4,500.00 | Kelly Blue Book | $4,500.00 |
| 47.2 2006 Ford F350 Van | $7,000.00 | Kelly Blue Book | $7,000.00 |
| 47.3 2006 Ford F350 Van | $7,000.00 | Kelly Blue Book | $7,000.00 |
| 47.4 2015 Ford F350 Van | $12,500.00 | Kelly Blue Book | $12,500.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$31,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Santa Barbara Montessori School                    Case number (if known)_____

Name

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or Intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    Santa Barbara Montessori School
          Name                                                    Case number (if known)

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____  − _____ = → $ _____
                                Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____
_____   Tax year _____   $ _____
_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____                         $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                         $ _____

Nature of claim    _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $ _____

Nature of claim    _____

Amount requested_  $ _____

76. **Trusts, equitable or future interests in property**

_____                         $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                         $ Fair Market Value

_____                         $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor _____
Santa Barbara Montessori School
Name

Case number (if known)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $4,554.41 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,000.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➔ | | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column. ..............91a. | $35,554.41 | + 91b. | $0.00 |

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... $35,554.41

Attachment
Debtor: Santa Barbara Montessori School      Case No:


Attachment 1: Additional Inventory (Other Inventory or Supplies)

>   Description: Montessori teaching books and games
>   Book Value:
>   Value: Fair Market Value

Attachment 2: Additional Office Equipment

>   Description: 3 Refrigerators (household, commerical and dorm)
>   Book Value:
>   Value: Fair Market Value

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Santa Barbara Montessori School |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (If known): | _____ |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

| **2.1** | Creditor's name | | | |
|---|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ford Credit | 2015 Transit Ford T350 | $ 33,297.00 | $ 0.00 |

**Creditor's mailing address**
P.O. Box 54200
Omaha, NE 68154

**Describe the lien**
Purchase-Money Security Interest

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    2015

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $ _____ | $ _____ |

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**    _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                   $ 33,297.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Santa Barbara Montessori School |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Andrew and Lynn Chou
4616 Via Gennita
Santa Barbara, CA 93110

As of the petition filing date, the claim is: $4,562.00   $2,775.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**2.2** Priority creditor's name and mailing address
Angela Thomsen
1065 Camino del Retiro
Santa Barbara, CA 93110

As of the petition filing date, the claim is: $6,896.00   $2,775.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**2.3** Priority creditor's name and mailing address
Anna and Claudio Bonometti
445 North La Cumbre Road
Santa Barbara, CA 93110

As of the petition filing date, the claim is: $16,703.00   $2,775.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.4** | Priority creditor's name and mailing address | | $ 9,283.00 | $ 2,775.00

Anne and Westley Hall
848 Calle Cortita
Santa Barbara, CA 93109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Deposits by Individuals
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.5** | Priority creditor's name and mailing address | | $ 9,428.00 | $ 2,775.00

Asha Wilkus-Stone and Clay Miner
959 Barcelona Drive
Santa Barbara, CA 93105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Deposits by Individuals

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.6** | Priority creditor's name and mailing address | | $ 18,298.00 | $ 2,775.00

Barbara DeVivo
105 Santa Rosa Place
Santa Barbara, CA 93109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Deposits by Individuals

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

**2.7** | Priority creditor's name and mailing address | | $ 7,650.00 | $ 2,775.00

Bill Millerski and Susan Raggio
216 Cannon Green
Goleta , CA 93117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Deposits by Individuals

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 )

---

| Debtor | | | | |
|---|---|---|---|---|
| | Santa Barbara Montessori School | | Case number (if known) | |
| | Name | | | |

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.8** Priority creditor's name and mailing address

$ 7,350.00        $ 2,775.00

Brett and Deanna Williams
920 Ontare Road
Santa Barbara, CA 93105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**2.9** Priority creditor's name and mailing address

$ 12,701.00        $ 2,775.00

Brian and MiYoung Cogswell
4827 Zink Place
Santa Barbara, CA 93111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**2.10** Priority creditor's name and mailing address

$ 4,587.00        $ 2,775.00

Cynthia and Jeff Yang
5882 Via Fiori
Goleta , CA 93117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**2.11** Priority creditor's name and mailing address

$ 94.00        $ 94.00

Daniel and Jennifer Yoshimi
695 Russell Way
Santa Barbara, CA 93110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

**Part 1.**    **Additional Page**

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Don and Tracy Dodge

25 West Arrellaga

Santa Barbara, CA 93101

$ 1,725.00     $ 1,725.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.13** Priority creditor's name and mailing address

Ellen and Ernie Borden

96 Sommer Lane

Goleta , CA 93117

$ 6,999.00     $ 2,775.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.14** Priority creditor's name and mailing address

Enrico Rossi and Margarita Marinova

212 Charter House Lane

Williamsburg, VA 23188

$ 2,480.00     $ 2,480.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.15** Priority creditor's name and mailing address

Gianfranco and Simona Bonometti

744 Cieneguitas Road, Apartment D

Santa Barbara, CA 93110

$ 5,608.00     $ 2,775.00

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

Debtor _____ Santa Barbara Middle School _____
Name

Case number (if known) _____

## Part 1.   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.16** Priority creditor's name and mailing address

Jason and Eva Turenchalk
231 Santa Barbara Shores Drive
Goleta, CA 93117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,000.00   $ 2,775.00

Date or dates debt was incurred
_____

Basis for the claim: Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.17** Priority creditor's name and mailing address

Jason and Robin Yardi
1689 Franceschi
Santa Barbara, CA 93103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,790.00   $ 2,775.00

Date or dates debt was incurred
_____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.18** Priority creditor's name and mailing address

Jeff Burton and Vega Finucan
624 Island View Drive
Santa Barbara, CA 93109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,347.00   $ 2,347.00

Date or dates debt was incurred
_____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.19** Priority creditor's name and mailing address

John and Louise Kamps
4633 Via huerto
Santa Barbara, CA 93110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,150.00   $ 2,775.00

Date or dates debt was incurred
_____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

| **Part 1.** | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.20** Priority creditor's name and mailing address

$ 3,876.00     $ 2,775.00

John and Torrey Monnich
321 East Micheltorena
Santa Barbara, CA 93101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.21** Priority creditor's name and mailing address

$ 4,320.00     $ 2,775.00

Josh and Gretchen Walker
293 Savona Avenue
Goleta , CA 93117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.22** Priority creditor's name and mailing address

$ 10,995.00     $ 2,775.00

Kevin and Sharla Brown
4377 Via Esperanza
Santa Barbara, CA 93110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.23** Priority creditor's name and mailing address

$ 3,720.00     $ 2,775.00

Leah and Jose Sahagun
3059 Lucinda Lane
Santa Barbara, CA 93105

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

| Debtor | | Case number (if known) |
|---|---|---|
| Santa Barbara Montessori School | | |
| Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.24 Priority creditor's name and mailing address

Liana and Arjun Rao
49 Dearborn Place #15
Goleta, CA 93117

$ 1,770.00         $ 1,770.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: Deposits by Individuals

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

### 2.25 Priority creditor's name and mailing address

Manish and Suman Mehta
80 Sanderling Lane
Goleta, CA 93117

$ 473.00         $ 473.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

### 2.26 Priority creditor's name and mailing address

Mayara and Kyle Riddlebaugh
610 Corte Bella
Santa Barbara, CA 93111

$ 3,337.00         $ 2,775.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: Deposits by Individuals

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

### 2.27 Priority creditor's name and mailing address

Michael and Alexis Bingham
243 Salida Del Sol
Santa Barbara, CA 93109

$ 3,829.00         $ 2,775.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim: Deposits by Individuals

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

Debtor _____   Case number (if known) _____
        Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.28** Priority creditor's name and mailing address     $ 6,390.00     $ 2,775.00

Michael and Jessica McLernon
479 los Feliz Drive
Santa Barbara, CA 93110

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deposits by Individuals

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address     $ 13,188.00     $ 2,775.00

Mikko and Saija Sivonen
6872 Buttonwood Lane
Goleta, CA 93117

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Deposits by Individuals

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.30** Priority creditor's name and mailing address     $ 14,918.00     $ 2,775.00

Nicholas and Ariel Long
3920 Harrold Avenue
Santa Barbara, CA 93110

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Deposits by Individuals

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.31** Priority creditor's name and mailing address     $ 6,161.00     $ 2,775.00

Nihal and Shraddha Desai
308 Pacific Oaks Road
Goleta, CA 93117

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Deposits by Individuals

Is the claim subject to offset?
☒ No
☐ Yes

| Part 1. | Additional Page |

**Part 1.**   **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.32** Priority creditor's name and mailing address

Russell and Alison Lindsey
230 La Pinta Place
Buellton , CA 93427

$ 3,645.00   $ 2,775.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim: Deposits by Individuals

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.33** Priority creditor's name and mailing address

Steve and Ann Welton
1719 Anacapa Street
Santa Barbara, CA 93101

$ 10,050.00   $ 2,775.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.34** Priority creditor's name and mailing address

Steve and Dana Sherlock
261 Ancona Avenue
Goleta, CA 93117

$ 6,279.00   $ 2,775.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.35** Priority creditor's name and mailing address

Steve and Lyndsey Finkel
P.O. Box 344
Summerland, CA 93067

$ 9,810.00   $ 2,775.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Deposits by Individuals

Last 4 digits of account number  _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 7 )

Debtor   Santa Barbara Montessori School
         Name                                                              Case number *(if known)*

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.36** Priority creditor's name and mailing address

$ 6,713.00    $ 2,775.00

Stewart and Sarah Rassmussen
P.O. Box 779
Summerland, CA 93067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:  Deposits by Individuals

Last 4 digits of account
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.37** Priority creditor's name and mailing address

$ 10,337.00    $ 2,775.00

Theo and Becky Kracke
2461 Calle Almonte
Santa Barbara, CA 93109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.38** Priority creditor's name and mailing address

$ 3,151.00    $ 2,775.00

Thomas and Melika Adams
1132 Nirvana Road
Santa Barbara, CA 93105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 7 )

---

**2.39** Priority creditor's name and mailing address

$ 5,478.00    $ 2,775.00

Tom and Adrianne Adam
7853 Rio Vista Drive
Goleta , CA 93117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposits by Individuals

Last 4 digits of account
number ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 7 )

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 1,169.90 |
|---|---|---|
| AFCO | Check all that apply. | |
| P.O. Box 26908 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Los Angeles, CA 90080 | | |
| | Basis for the claim: Trade Debt | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 13,245.92 |
|---|---|---|
| American Airlines Card Services | Check all that apply. | |
| P.O. Box 60517 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Phoenix, AZ 85038 | | |
| | Basis for the claim: Trade Debt | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 9,837.43 |
|---|---|---|
| Bank of America | Check all that apply. | |
| P.O. Box 982235 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| El Paso, Texas 79998 | | |
| | Basis for the claim: Trade Debt | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 459.00 |
|---|---|---|
| Bank of America | Check all that apply. | |
| P.O. Box 982235 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| El Paso, Texas 79998 | | |
| | Basis for the claim: Trade Debt | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 2,213.70 |
|---|---|---|
| Blue Shield of California | Check all that apply. | |
| P.O. Box 3008 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Lodi, CA 95241 | | |
| | Basis for the claim: Trade Debt | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 35,000.00 |
|---|---|---|
| Brent Anderson | Check all that apply. | |
| | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Santa Barbara , CA 93101 | | |
| | Basis for the claim: | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Chase

P.O. Box 94014
Palatine, Illinois 60094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,729.32

---

**3.8** Nonpriority creditor's name and mailing address

Chase Bank USA, NA

P.O. Box 15298
Wilmington, Delaware 19850

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 24,923.00

---

**3.9** Nonpriority creditor's name and mailing address

Cox Communications

P.O. Box 6058
Cypress, California 90630

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 98.10

---

**3.10** Nonpriority creditor's name and mailing address

Delage Financial Services

P.O. Box 41602
Philadelphia , PA 41602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 218.87

---

**3.11** Nonpriority creditor's name and mailing address

Delta Dental

P.O. Box 26908
San Francisco, CA 94126

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 722.00

Debtor  Santa Barbara Montessori School
        Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

Dex Media

P.O. Box 619009
Dew Airport, TX  75261

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 38.45

---

**3.13** Nonpriority creditor's name and mailing address

Empire Cleaning

7733 Telegraph Road
Montebello, CA 90640

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 295.00

---

**3.14** Nonpriority creditor's name and mailing address

Frontier Communications

P.O. Box 740407
Cincinnati, OH 45274

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 271.40

---

**3.15** Nonpriority creditor's name and mailing address

Goleta Union School District

401 North Fairview
Goleta, CA 93117

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt - lease

Is the claim subject to offset?
☒ No
☐ Yes

$ 49,500.00

---

**3.16** Nonpriority creditor's name and mailing address

Heritage Oaks Bank

1035 State Street
Santa Barbara, CA 93101

Date or dates debt was incurred    2016

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,000.00

---

Debtor   Santa Barbara Montessori School
         _____
         Name                                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17** | Nonpriority creditor's name and mailing address

Home Depot

P.O. Box 182676

Columbus, Ohio 43218-2676

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 178.17

---

**3.18** | Nonpriority creditor's name and mailing address

Jim Fitzpatrick

720 Mateo Court

Santa Barbara, CA 93111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt - loan

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 45,000.00

---

**3.19** | Nonpriority creditor's name and mailing address

MarBorg

P.O. Box 4127

Santa Barbara, CA 93140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 200.00

---

**3.20** | Nonpriority creditor's name and mailing address

Michael Kelly

1129 State Street #15

Santa Barbara, CA 93101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,515.00

---

**3.21** | Nonpriority creditor's name and mailing address

Montessori Services

11 West 9th Street

Santa Rosa , CA 95401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade debt

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 64.89

---

Debtor _____    Case number *(if known)*_____
 Name     Santa Barbara Montessori School

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

NEK Insurance

P.O. Box 15019
El Cerrito, CA 94530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ 1,017.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

New York Life

P.O. Box 922
New York, NY 10159

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 840.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Performance Group

762 Calle Plano
Camarillo, CA 93012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 53.41

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Pitney Bowes

P.O. Box 371887
Pittsburgh, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 163.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

San Marcos Self Storage

4093 State Street
Santa Barbara, CA 93101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 355.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

### 3.27

**Nonpriority creditor's name and mailing address**

Santa Barbara Axxess

1616 Chapala Street #1
Santa Barbara, CA 93101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

### 3.28

**Nonpriority creditor's name and mailing address**

United States Liability Insurance

P.O. Box 62778
Baltimore, CA 21264

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 388.40

---

### 3.29

**Nonpriority creditor's name and mailing address**

Water Store

94 Frederick Lopez Road, Suite B
Santa Barbara, CA 93117

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 388.80

---

### 3.30

**Nonpriority creditor's name and mailing address**

Yearbook Life

9710 Striling Road
Cooper City, FL 33024

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111.23

---

### 3.31

**Nonpriority creditor's name and mailing address**

_____

_____
_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor  Santa Barbara Montessori School
        Name                                      Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line ____  ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $275,091.00 |
| 5b. Total claims from Part 2 | 5b. + | $203,596.99 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $478,687.99 |

**Fill in this information to identify the case:**

Debtor name __Santa Barbara Montessori School__

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |

Debtor name  Santa Barbara Montessori School

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Jim Fitzpatrick | 720 Mateo Court _Street_ <br><br> Santa Barbara    CA    93111 _City       State    ZIP Code_ | Ford Credit <br><br><br> See Attachment 1 | ☒ D <br> ☒ E/F <br> ☐ G |
| 2.2 _____ | _Street_ <br><br> _City    State    ZIP Code_ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _Street_ <br><br> _City    State    ZIP Code_ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _Street_ <br><br> _City    State    ZIP Code_ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _Street_ <br><br> _City    State    ZIP Code_ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _Street_ <br><br> _City    State    ZIP Code_ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Attachment
Debtor: Santa Barbara Montessori School        Case No:

Attachment 1

American Airlines Card Services, Schedule E/F

**Fill in this information to identify the case and this filing:**

Debtor Name  Santa Barbara Montessori School

United States Bankruptcy Court for the:  Central District Of California

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

- ❑ Amended *Schedule* _____

- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ❑ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/23/2017          ✗ _____
               MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                          James Fitzpatrick
                                          Printed name

                                          President
                                          Position or relationship to debtor

Official Form B202              Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name     Santa Barbara Montessori School

United States Bankruptcy Court for the:    Central District of California

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016 to Filing date<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,460,599.00 |
| **For prior year:** | From 01/01/2015 to 12/31/2015<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,494,709.00 |
| **For the year before that:** | From 01/01/2014 to 12/31/2014<br>MM / DD / YYYY    MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 1,666,939.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor ___Santa Barbara Montessori School_____    Case number (if known)_____
              Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|------------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ Street _____ _____ City     State     ZIP Code | _____ _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ Street _____ _____ City     State     ZIP Code | _____ _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Frances Fitzpatrick Insider's name 720 Mateo Court Street Santa Barbara     CA     93111 City     State     ZIP Code **Relationship to debtor** Director | _____ _____ _____ | $ 82,743.00 | Wages for 12 months |
| 4.2. | James Fitzpatrick Insider's name 720 Mateo Court Street Santa Barbara     CA     93111 City     State     ZIP Code **Relationship to debtor** Director | _____ _____ _____ | $ 66,400.00 | Wages for 12 months See Attachment 1 |

| Debtor | Santa Barbara Montessori School | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name _____ | _____ | _____ | $ _____ |
| | Street _____ | _____ | | |
| | _____ | _____ | | |
| | City          State     ZIP Code | | | |
| 5.1. | | | | |
| | Creditor's name _____ | _____ | _____ | $ _____ |
| | Street _____ | _____ | | |
| | _____ | _____ | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name _____ | _____ | _____ | $ _____ |
| | Street _____ | _____ | | |
| | _____ | | | |
| | City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____ | _____ | Name _____ | ☐ Pending |
| | | | | ☐ On appeal |
| | Case number | | Street _____ | ☐ Concluded |
| | _____ | | _____ | |
| | | | City          State     ZIP Code | |
| 7.2. | Case title _____ | | Court or agency's name and address | ☐ Pending |
| | | | Name _____ | ☐ On appeal |
| | Case number | | Street _____ | ☐ Concluded |
| | _____ | | _____ | |
| | | | City          State     ZIP Code | |

Debtor    Santa Barbara Montessori School
           Name                                                  Case number (if known)

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | Name |
| | Case number | Street |
| City        State        ZIP Code | | |
| | Date of order or assignment | City        State        ZIP Code |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| **9.2.** Recipient's name | | | $_____ |
| Street | | | |
| City        State        ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

| **Part 5:** | **Certain Losses** |
|---|---|

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $_____ |

Debtor    Santa Barbara Montessori School
          _____          Case number (if known)_____
          Name

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Beall & Burkhardt, APC | _____ | _____ | $ 2,000.00 |
| | **Address** | _____ | | |
| | 1114 State Street, Suite 200 | | | |
| | Street | | | |
| | Santa Barbara        CA        93101 | | | |
| | City                State      ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City                State      ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | _____ | | |

---

| Debtor | Santa Barbara Montessori School | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | Address | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | Address | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

---

Debtor    Santa Barbara Montessori School          Case number (if known)_____
         Name

| Part 8: | Healthcare Bankruptcies |

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. <br> _____ | How are records kept? |
| _____ <br> City    State    ZIP Code | _____ | Check all that apply: <br> ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. <br> _____ | How are records kept? |
| _____ <br> City    State    ZIP Code | _____ | Check all that apply: <br> ☐ Electronically <br> ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.  Personal records of families and children

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

Debtor   Santa Barbara Montessori School
         _____
         Name

Case number (if known)_____

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Union Bank (two accounts)<br>Name<br><br>Street<br><br>Santa Barbara    CA<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | January 13, 2017 | $ 94.79 |
| 18.2. | Wells Fargo<br>Name<br><br>Street<br><br>Santa Barbara    CA<br>City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☒ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | January 10, 2017 | $ 4,656.89 |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| San Marcos Storage<br>Name<br>4093 State Street<br>Street<br>Santa Barbara    CA    93110<br>City    State    ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | Classroom Supplies<br>_____<br>_____ | ☒ No<br>☐ Yes |

| Debtor | Santa Barbara Montessori School | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Santa Barbara Montessori School _____    Case number (if known) _____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name _____ <br> Street _____ <br> City       State     ZIP Code | _____ <br> _____ <br> _____ | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____  To _____ |
| 25.2. | Name _____ <br> Street _____ <br> City       State     ZIP Code | _____ <br> _____ <br> _____ | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____  To _____ |
| 25.3. | Name _____ <br> Street _____ <br> City       State     ZIP Code | _____ <br> _____ <br> _____ | EIN: __ __ – __ __ __ __ __ __ __ <br> **Dates business existed** <br> From _____  To _____ |

---

Debtor    Santa Barbara Montessori School                                    Case number (if known) _____
_____Name_____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service |
|---|---|---|---|
| **26a.1.** Micheal Kelly | | | From _____ To 12/15/2016 |
| Name | | | |
| 1129 State Street #15 | | | |
| Street | | | |
| | | | |
| Santa Barbara | CA | 93101 | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| **26a.2.** Robert Davis | | | From 01/01/2012 To 02/08/2016 |
| Name | | | |
| 17 Antonette Avenue | | | |
| Street | | | |
| | | | |
| San Rafael | CA | 94901 | See Attachment 2 |
| City | State | ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | | | Dates of service |
|---|---|---|---|
| **26b.1.** | | | From _____ To _____ |
| Name | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

| Name and address | | | Dates of service |
|---|---|---|---|
| **26b.2.** | | | From _____ To _____ |
| Name | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| **26c.1.** Michael Kelly | | | _____ |
| Name | | | _____ |
| 1129 State Street #15 | | | _____ |
| Street | | | |
| | | | |
| Santa Barbara | CA | 93101 | |
| City | State | ZIP Code | |

Debtor    Santa Barbara Montessori School
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Melissa Moreno <br> Name <br><br> 7421 Mirano Drive <br> Street <br><br> Goleta                                          CA <br> City                          State          ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.2. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City                          State          ZIP Code |

| Name and address |
|---|
| 26d.2. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City                          State          ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City                          State          ZIP Code |

Debtor    Santa Barbara Montessori School    Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
      Name

      _____
      Street

      _____
      City                        State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Fitzpatrick | 720 Mateo Court, Santa Barbara, CA 93110 | President - Shareholder | 100 |
| | | | |
| | | | |
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Melissa Moreno | 7421 Mirano Drive, Goleta , CA 93117 | Board Chair - 0% | From 8/2014 To 12/2016 |
| Mark Montgomery | 7421 Mirano Drive, Goleta, CA 93117 | Board Member - 0% | From 8/2014 To 12/2016 |
| Frances Fitzpatrick | 720 Mateo Court, Santa Barbara, CA 93110 | Secretary - 0% | From 8/2014 To 12/2016 |
| Lead Wardlaw Jaffurs | 7421 Mirano Drive, Goleta, CA 93117 | Board Member - 0% | From 8/2014 To 12/2016 |

See Attachment 3

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Payments to Insiders for Wages | _____ | _____ | _____ |
|       Name | | | |
|       _____ | | | |
|       Street | | _____ | |
|       _____ | | | |
|       City            State        ZIP Code | | _____ | |
|       Relationship to debtor | | | |
|       | | _____ | |

Debtor    Santa Barbara Montessori School
         Name                                                    Case number (if known) _____

| Name and address of recipient | | | |
|---|---|---|---|
| Name | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/23/2017
            MM / DD / YYYY

✗ _____              Printed name  James Fitzpatrick
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes

---

# Attachment

## Debtor: Santa Barbara Montessori School          Case No:

Attachment 1 Additional Payments or Transfers to Insiders:

   Insider's Name: Colin Fitzpatrick
   Insider's Address: 929 West Mission Street, Santa Barbara, CA 93111
   Relationship to Debtor: Insider of an Affiliate
   Date of Payments or Transfers: $58,405.00
   Reasons for Payment or Transfer: Wages for 12 months

   Insider's Name: Michelle Ordosgoitia
   Insider's Address: 929 West Mission Street, Santa Babara, CA 93101
   Relationship to Debtor: Insider of an Affiliate
   Date of Payments or Transfers: $61,113.42
   Reasons for Payment or Transfer: Wages for 12 months

   Insider's Name: Aran Klingensmmith
   Insider's Address: 7421 Mirano Drive , Goleta , CA 93117
   Relationship to Debtor: Insider of an Affiliate
   Date of Payments or Transfers: $9,100.00
   Reasons for Payment or Transfer: Wages for 2016

Attachment 2 Additional Accountants or Bookkeepers:

   Name: Melissa Moreno
   Address: 7421 Mirano Drive, Goleta, CA 93117
   Dates of Service: August 15, 2016 to December 15, 2016

Attachment 3

   Additional Former Controlling Parties:
   Name: Margaret Barlow
   Address: 7421 Mirano Drive, Goleta, CA 93117
   Position and Nature of Interest: Board Member - 0%
   Interest Held: 08/2014 to 06/2016

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Carissa N. Horowitz**<br>**1114 State Street, Suite 200, Santa Barbara, California 93101**<br>**Phone: (805) 966-6774**<br>**Fax: (805) 963-5988**<br>**Bar No: 274814**<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** _____

</div>

| In re:<br><br>**Santa Barbara Montessori School** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | <div align="center">**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]**</div> |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of
 **9**  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____

Date: _____

Date: _February 17, 2017_

_____
Debtor's signature

_____
Joint Debtor's signature (if applicable)

_____
Attorney's signature (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

July 2014                                                                                    **MAILING.LIST.VERIFICATION**

Santa Barbara Montessori School
7421 Mirano Drive
Goleta, CA 93117


Carissa N. Horowitz
1114 State Street, Suite 200
Santa Barbara, CA 93101

AFCO
P.O. Box 26908
Los Angeles, CA 90080


American Airlines Card Services
P.O. Box 60517
Phoenix, AZ 85038


Andrew and Lynn Chou
4616 Via Gennita
Santa Barbara, CA 93110


Angela Thomsen
1065 Camino del Retiro
Santa Barbara, CA 93110


Anna and Claudio Bonometti
445 North La Cumbre Road
Santa Barbara, CA 93110


Anne and Westley Hall
848 Calle Cortita
Santa Barbara, CA 93109


Asha Wilkus-Stone and Clay Miner
959 Barcelona Drive
Santa Barbara, CA 93105


Bank of America
P.O. Box 982235
El Paso, TX 79998


Barbara DeVivo
105 Santa Rosa Place
Santa Barbara, CA 93109

Bill Millerski and Susan Raggio
216 Cannon Green
Goleta, CA 93117


Blue Shield of California
P.O. Box 3008
Lodi, CA 95241


Brent Anderson

Santa Barbara, CA 93101


Brett and Deanna Williams
920 Ontare Road
Santa Barbara, CA 93105


Brian and MiYoung Cogswell
4827 Zink Place
Santa Barbara, CA 93111


Chase
P.O. Box 94014
Palatine, IL 60094


Chase Bank USA, NA
P.O. Box 15298
Wilmington, DE 19850


Cox Communications
P.O. Box 6058
Cypress, CA 90630


Cynthia and Jeff Yang
5882 Via Fiori
Goleta, CA 93117

Daniel and Jennifer Yoshimi
695 Russell Way
Santa Barbara, CA 93110


Delage Financial Services
P.O. Box 41602
Philadelphia, PA 41602


Delta Dental
P.O. Box 26908
San Francisco, CA 94126


Dex Media
P.O. Box 619009
Dew Airport, TX 75261


Don and Tracy Dodge
25 West Arrellaga
Santa Barbara, CA 93101


Ellen and Ernie Borden
96 Sommer Lane
Goleta, CA 93117


Empire Cleaning
7733 Telegraph Road
Montebello, CA 90640


Enrico Rossi and Margarita Marinova
212 Charter House Lane
Williamsburg, VA 23188


Ford Credit
P.O. Box 54200
Omaha, NE 68154

Frontier Communications
P.O. Box 740407
Cincinnati, OH 45274


Gianfranco and Simona Bonometti
744 Cieneguitas Road, Apartment D
Santa Barbara, CA 93110


Goleta Union School District
401 North Fairview
Goleta, CA 93117


Heritage Oaks Bank
1035 State Street
Santa Barbara, CA 93101


Home Depot
P.O. Box 182676
Columbus, OH 43218-2676


Jason and Eva Turenchalk
231 Santa Barbara Shores Drive
Goleta, CA 93117


Jason and Robin Yardi
1689 Franceschi
Santa Barbara, CA 93103


Jeff Burton and Vega Finucan
624 Island View Drive
Santa Barbara, CA 93109


Jim Fitzpatrick
720 Mateo Court
Santa Barbara, CA 93111

John and Louise Kamps
4633 Via huerto
Santa Barbara, CA 93110


John and Torrey Monnich
321 East Micheltorena
Santa Barbara, CA 93101


Josh and Gretchen Walker
293 Savona Avenue
Goleta, CA 93117


Kevin and Sharla Brown
4377 Via Esperanza
Santa Barbara, CA 93110


Leah and Jose Sahagun
3059 Lucinda Lane
Santa Barbara, CA 93105


Liana and Arjun Rao
49 Dearborn Place #15
Goleta, CA 93117


Manish and Suman Mehta
80 Sanderling Lane
Goleta, CA 93117


MarBorg
P.O. Box 4127
Santa Barbara, CA 93140


Mayara and Kyle Riddlebaugh
610 Corte Bella
Santa Barbara, CA 93111

Michael and Alexis Bingham
243 Salida Del Sol
Santa Barbara, CA 93109


Michael and Jessica McLernon
479 los Feliz Drive
Santa Barbara, CA 93110


Michael Kelly
1129 State Street #15
Santa Barbara, CA 93101


Mikko and Saija Sivonen
6872 Buttonwood Lane
Goleta, CA 93117


Montessori Services
11 West 9th Street
Santa Rosa, CA 95401


NEK Insurance
P.O. Box 15019
El Cerrito, CA 94530


New York Life
P.O. Box 922
New York, NY 10159


Nicholas and Ariel Long
3920 Harrold Avenue
Santa Barbara, CA 93110


Nihal and Shraddha Desai
308 Pacific Oaks Road
Goleta, CA 93117

Performance Group
762 Calle Plano
Camarillo, CA 93012


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250


Russell and Alison Lindsey
230 La Pinta Place
Buellton, CA 93427


San Marcos Self Storage
4093 State Street
Santa Barbara, CA 93101


Santa Barbara Axxess
1616 Chapala Street #1
Santa Barbara, CA 93101


Steve and Ann Welton
1719 Anacapa Street
Santa Barbara, CA 93101


Steve and Dana Sherlock
261 Ancona Avenue
Goleta, CA 93117


Steve and Lyndsey Finkel
P.O. Box 344
Summerland, CA 93067


Stewart and Sarah Rassmussen
P.O. Box 779
Summerland, CA 93067

Theo and Becky Kracke
2461 Calle Almonte
Santa Barbara, CA 93109


Thomas and Melika Adams
1132 Nirvana Road
Santa Barbara, CA 93105


Tom and Adrianne Adam
7853 Rio Vista Drive
Goleta, CA 93117


United States Liability Insurance
P.O. Box 62778
Baltimore, CA 21264


Water Store
94 Frederick Lopez Road, Suite B
Santa Barbara, CA 93117


Yearbook Life
9710 Striling Road
Cooper City, FL 33024

# United States Bankruptcy Court
### Central District of California

In re  **Santa Barbara Montessori School**                    Case No.

                    Debtor.                                   Chapter  **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  <u>Santa Barbara Montessori School</u>  (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

  **X**   There are no entities to report.

By: _____
     **Carissa N. Horowitz**
     Signature of Attorney

     Counsel for
     Bar no.: **274814**
     Address.: **1114 State Street, Suite 200**
                 **Santa Barbara, California 93101**

     Telephone No.: **(805) 966-6774**
     Fax No.: **(805) 963-5988**
     E-mail address: **carissa@beallandburkhardt.com**

UNITED STATES BANKRUPTCY COURT
Central District of California

In re:
                                            Case No. BKY

Santa Barbara Montessori School,

Debtor(s)                                   Chapter 7 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, James Fitzpatrick, declare under penalty of perjury that I am the President of Santa Barbara Montessori School, a California corporation and that on February 23, 2017 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that James Fitzpatrick, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James Fitzpatrick, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that James Fitzpatrick, President of this corporation, is authorized and directed to employ Carissa N. Horowitz, attorney and the law firm of Beall & Burkhardt, APC to represent the corporation in such bankruptcy case."

| Executed on: 2/23/17 | Signed: |
|---|---|
| | James Fitzpatrick 7421 Mirano Drive, Goleta, CA 93117 (*Name and Address of Subscriber*) |