Debtor  Santa Barbara Montessori School                                Case number (if known) 9:17-bk-10313
            Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br><br>Street<br><br>City    State    ZIP Code | Case title<br><br><br>Case number<br><br><br>Date of order or assignment | $<br><br>Court name and address<br><br>Name<br><br>Street<br><br>City    State    ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name<br><br>Street<br><br>City    State    ZIP Code<br><br>Recipient's relationship to debtor | | | $ |
| 9.2. Recipient's name<br><br>Street<br><br>City    State    ZIP Code<br><br>Recipient's relationship to debtor | | | $ |

## Part 5: Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor  Santa Barbara Montessori School  Case number (if known) 9:17-bk-10313
        Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.
Beall & Burkhardt, APC                                                                      $ 2,000.00

Address
1114 State Street, Suite 200
Street

Santa Barbara        CA        93101
City                 State     ZIP Code

Email or website address

Who made the payment, if not debtor?


| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2.
                                                                                              $

Address

Street


City                 State     ZIP Code

Email or website address


Who made the payment, if not debtor?


**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  | $ |

Trustee

Debtor  Santa Barbara Montessori School                    Case number (if known) 9:17-bk-10313
        Name

---

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

[x] None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $_____

**Address**
_____
Street

_____
City          State       ZIP Code

**Relationship to debtor**
_____


13.2. Who received transfer? _____    _____    _____    $_____

**Address**
_____
Street

_____
City          State       ZIP Code

**Relationship to debtor**
_____

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

[x] Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____     From _____ To _____
      Street

_____
City          State       ZIP Code

14.2. _____     From _____ To _____
      Street

_____
City          State       ZIP Code

---

| Debtor | Santa Barbara Montessori School | Case number (if known) 9:17-bk-10313 |
|---|---|---|
| | Name | |

### Part 8: Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name  _____ Street  _____ City    State    ZIP Code | _____ Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. _____ | _____ How are records kept? Check all that apply: ☐ Electronically ☐ Paper |
| 15.2. _____ Facility name  _____ Street  _____ City    State    ZIP Code | _____ Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. _____ | _____ How are records kept? Check all that apply: ☐ Electronically ☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.  Personal records of families and children

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?
☐ No
☐ Yes

Debtor  Santa Barbara Montessori School  
　　　　Name

Case number (if known) 9:17-bk-10313

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Union Bank (two accounts)<br>Name<br><br>Street<br><br>Santa Barbara　CA<br>City　State　ZIP Code | XXXX-__ __ __ __ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | January 13, 2017 | $ 94.79 |
| 18.2. | Wells Fargo<br>Name<br><br>Street<br><br>Santa Barbara　CA<br>City　State　ZIP Code | XXXX-__ __ __ __ | ☐ Checking<br>☒ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | January 10, 2017 | $ 4,656.89 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City　State　ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| San Marcos Storage<br>Name<br>4093 State Street<br>Street<br><br>Santa Barbara　CA　93110<br>City　State　ZIP Code | Address | Classroom Supplies | ☒ No<br>☐ Yes |

Debtor   Santa Barbara Montessori School
_____Name_____

Case number (if known) 9:17-bk-10313

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name / Street / City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

| Debtor | Santa Barbara Montessori School | Case number (if known) 9:17-bk-10313 |
|---|---|---|
| | Name | |

### 24. Has the debtor notified any governmental unit of any release of hazardous material?

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

### 25. Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.2. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From _____ To _____ |

| Debtor | Santa Barbara Montessori School | Case number (if known) 9:17-bk-10313 |
|---|---|---|
| | Name | |

### 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Micheal Kelly (Name)<br>1129 State Street #15 (Street)<br>Santa Barbara, CA 93101 | From _____ To 12/15/2016 |
| 26a.2. | Robert Davis (Name)<br>17 Antonette Avenue (Street)<br>San Rafael, CA 94901 | From 01/01/2012 To 02/08/2016<br>See Attachment 3 |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | | From _____ To _____ |
| 26b.2. | | From _____ To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Michael Kelly (Name)<br>1129 State Street #15 (Street)<br>Santa Barbara, CA 93101 | |

Debtor    Santa Barbara Montessori School                           Case number (if known) 9:17-bk-10313
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  Melissa Moreno
        Name
        7421 Mirano Drive
        Street

        Goleta                         CA
        City                           State         ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

26d.2.
        Name

        Street

        City                           State         ZIP Code

| Name and address |
|---|

26d.2.
        Name

        Street

        City                           State         ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
        Name

        Street

        City                           State         ZIP Code

Debtor   Santa Barbara Montessori School                                   Case number (if known) 9:17-bk-10313
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
_____
Name

_____
Street

_____
City                    State    ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Fitzpatrick | 720 Mateo Court, Santa Barbara, CA 93110 | President - Shareholder | 100 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Melissa Moreno | 7421 Mirano Drive, Goleta, CA 93117 | Board Chair - 0% | From 8/2014 To 12/2016 |
| Mark Montgomery | 7421 Mirano Drive, Goleta, CA 93117 | Board Member - 0% | From 8/2014 To 12/2016 |
| Frances Fitzpatrick | 720 Mateo Court, Santa Barbara, CA 93110 | Secretary - 0% | From 8/2014 To 12/2016 |
| Lead Wardlaw Jaffurs | 7421 Mirano Drive, Goleta, CA 93117 | Board Member - 0% | From 8/2014 To 12/2016 |

See Attachment 4

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.  See Payments to Insiders for Wages
       _____
       Name

       _____
       Street

       _____
       City          State    ZIP Code

       Relationship to debtor

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 13

Debtor  Santa Barbara Montessori School                                Case number (if known) 9:17-bk-10313
        Name

| Name and address of recipient | | |
|---|---|---|
| Name | | |
| Street | | |
| City        State        ZIP Code | | |
| Relationship to debtor | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

    | Name of the parent corporation | Employer Identification number of the parent corporation |
    |---|---|
    |  | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

    | Name of the pension fund | Employer Identification number of the pension fund |
    |---|---|
    |  | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03 08 2017
             MM / DD / YYYY

X  /s/ James Fitzpatrick                                Printed name  James Fitzpatrick
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

# Attachment
## Debtor: Santa Barbara Montessori School        Case No: 9:17-bk-10313

Attachment 1 Additional Payments or Transfers to Insiders:

  Insider's Name: Colin Fitzpatrick
Insider's Address: 929 West Mission Street, Santa Barbara, CA 93111
Relationship to Debtor: Insider of an Affiliate
Date of Payments or Transfers: $58,405.00
Reasons for Payment or Transfer: Wages for 12 months

  Insider's Name: Michelle Ordosgoitia
Insider's Address: 929 West Mission Street, Santa Babara, CA 93101
Relationship to Debtor: Insider of an Affiliate
Date of Payments or Transfers: $61,113.42
Reasons for Payment or Transfer: Wages for 12 months

  Insider's Name: Aran Klingensmmith
Insider's Address: 7421 Mirano Drive , Goleta , CA 93117
Relationship to Debtor: Insider of an Affiliate
Date of Payments or Transfers: $9,100.00
Reasons for Payment or Transfer: Wages for 2016

Attachment 2
    Pablo and Sharmin Manzarek v. Santa Barbara Montessori School

Attachment 2
    Conversion, Breach of Contract and Promissory Estoppel

Attachment 2
    Santa Barbara Superior Court - Demand for Arbitration

Attachment 3 Additional Accountants or Bookkeepers:
  Name: Melissa Moreno
Address: 7421 Mirano Drive, Goleta, CA 93117
Dates of Service: August 15, 2016 to December 15, 2016

Attachment 4
  Additional Former Controlling Parties:
Name: Margaret Barlow
Address: 7421 Mirano Drive, Goleta, CA 93117
Position and Nature of Interest: Board Member - 0%
Interest Held: 08/2014 to 06/2016