JERRY NAMBA, TRUSTEE
Email: jnambaepiq@earthlink.net
504 E. Chapel Street
Santa Maria, CA  93454
Telephone: (805) 922-2575
Facsimile:  (805) 347-9858

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OFCALIFORNIA
## NORTHERN

| | |
|---|---|
| In Re: | Case No.: 9:17-10313-PC |
| SANTA BARBARA MONTESSORI SCHOOL | 17103132 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: Carissa N Horowitz
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **May 1, 2017** at **11:00 a.m.** at 1415 State St., Santa Barbara, CA 93101, for the reason set forth below:

The Trustee requested further documentation.


Dated: April 11, 2017                            /s/ Jerry Namba
                                                 JERRY NAMBA
                                                 Chapter 7 Trustee


I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on April 11, 2017.

                                                 /s/ Cesar Namba
                                                 Cesar Namba